Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2025

JEFFREY P. COLWELL
CLERK

Jodie Glenn Matott
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Colorado et al.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name: Jodie Glenn matott

        All other names by which you have been known:

        ID Number: 184745 Colorado DOC #

        Current Institution: 2110 (O) Street greeley CO 80631

        Address:

        City: greeley   State: CO   Zip Code: 80631

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

    Defendant No. 1

        Name: State of Colorado
        Job or Title *(if known)*:
        Shield Number:
        Employer:
        Address:
        City:   State: CO   Zip Code:
        ☐ Individual capacity   ☒ Official capacity

    Defendant No. 2

        Name: Megan Ring
        Job or Title *(if known)*: State Public Defender
        Shield Number:
        Employer: State of Colorado
        Address:
        City:   State:   Zip Code:
        ☒ Individual capacity   ☒ Official capacity

I.

Defendant(s)-2

3. Name: Jhon Walsh Et al
   Job: State Public Defender
   Shield #:
   Employer: State of Colorado
   Address:
   ☒ Individual   ☒ Official

4. Name: Weld County Parole Greeley, Kiahtipes, Dean
   Job: Parole, Parole Officer
   Shield #:
   Employer:
   Address: 3257 W 20th St Greeley CO 80634
   ☒ Individual   ☒ Official

5. Name: Adult Parole div., Matt Carey
   Job: Parole
   Shield #:
   Employer: State of Colorado
   Address: 3000 South College Avenue Fort Collins CO 80525
   ☒ Individual   ☒ Official

6 Name: Larimer County Commissioner
Job:
Shield#:
Employer: State of Colorado
Address: 200 W Oak St. #2200 Ft. Collins CO 80521
◯ Individual   ☒ Official

7 Name: Weld County Sherrif Dept.
Job: Steve Reams
Shield#:
Employer: Weld County
Address: 1950 "O" Street Greeley CO 80631
☒ Individual   ☒ Official

8 Name: John Feyen
Job: Larimer Sherrif
Shield#:
Employer: Larimer County
Address: 2501 Midpoint Dr. Ft Collins, 80525
☒ Individual   ☒ Official

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Shield Number
        Employer
        Address

                City      State      Zip Code
        ☐ Individual capacity      ☐ Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Shield Number
        Employer
        Address

                City      State      Zip Code
        ☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.      Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Amendments 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 14

    C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Deprived me of my rights through Parols excessive force, targeting, and retaliation and harassment.*

*\* By use of ~~~~ triage to seperate clients not based on actual evidence nor a public defenders ability to process their case load in a ethical maner.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee  # 074457
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner  # 184745
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Unpayable monetary bond and illegal confinement, and ~~~~ intimidation of authority*

*Greeley, Colo Parol Office, Personal Res., Dollar Store*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Weld County Jail*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

02/26/2025   18:04:11

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Unlawful search and by outside jurisdictions for minor noncompliance of curfew which was recently changed. Drones and multiple agencies were used to target myself in direct retaliation for a case which I was cleared of all wrong doing. Several Civil Rights were and still are being violated.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

loss of wages, PTSD, Mental Distress, loss of Freedoms, loss of family, loss of trust

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As a direct and proximate result of the negligent conduct of my rights, has suffered, and will continue to suffer, injuries, damages and losses; including but not limited to past, current, and future medical expenses, loss of wages, pain and suffering, mental anguish and emotional distress and permanent disability. Tarnished criminal records for past, current, and future that should be dismissed, expunged, and sealed. For actual and punitive damages to be no less than $200 Million U.S.D.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

  A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☒ Yes
   ☒ No *Jim*

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

   I.S.P.I ~~[scribbled out]~~

  B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☐ Yes
   ☒ No
   ☐ Do not know

  C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐ Yes
   ☒ No
   ☐ Do not know

   If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *Multiple false/positive drug tests were taken with threats which all turned out negative but all documented. As well as court documents*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *All court documents, drone, multi agency, and satellite comms.*

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *Multiple phone calls to supervisor about harassment*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)
    Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-1-25

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Jodie Glenn Matott
Prison Identification #: 184745
Prison Address: 2110 "O" Street
Greeley, CO 80631

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Inmate Name Jodie G. Mitott
Weld County Jail #074457
2110 O Street
Greeley, CO 80631

LEGAL

Alfre A. Arraj Courthouse
901 19th St
Denver, co 80294

80294-250099

DENVER CO 802
3 MAY 2025 PM 8 L

ZIP 80631
02 4W
0000335769 MAY 02 2025
$ 000.97°
US POSTAGE PITNEY BOWES